In the Matter of the Claim of LENA DE ROSE, Respondent, against JAMES STENTO, Employer, and INDEPENDENCE INDEMNITY COMPANY, Insurance Carrier,

Appellants.— Motion to dismiss appeal granted on the ground that the appellant insurance carrier has been guilty of laches, with ten dollars costs to the employer against the insurance carrier. Motion to compel employer to accept notice of appeal denied, with ten dollars costs to the employer against the insurance carrier. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.